LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. E. Eastern, Suite 200
Las Vegas, NV 89119
(702) 735-1500
Nevada State Bar No. 5970
Attorney for the Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEVADA

IN RE:

MICHAEL LESHAN

          Debtor(s).

) BANKRUPTCY NUMBER:
) BK-S-09-24017-LBR
) CHAPTER 13
)
)
) DATE: 11/23/2009
) TIME: 10:30 AM

## NOTICE OF NON-APPEARANCE OF ATTORNEY RE: MOTION FOR RELIEF FROM AUTOMATIC STAY

TO: ALL INTERESTED PARTIES
TO: THE CLERK OF THE ABOVE-ENTITLED COURT

NOTICE IS HEREBY GIVEN that Randolph H. Goldberg, attorney for the above mentioned debtor, will not be in attendance at the Motion to Lift Stay to be heard on NOVEMBER 23, 2009.

TELEPHONE correspondence was sent to debtor's on NOVEMBER 16, 2009. DEBTORS HAS NOT RESPONDED. Without knowing the debtors' full intent regarding this matter, it will be difficult to assume what direction they wish to take. Therefore Randolph H. Goldberg will not be in attendance at the hearing.

DATED the 18TH day of NOVEMBER, 2009.

THE LAW OFFICE OF RANDOLPH H. GOLDBERG

By /S/ RANDOLPH GOLDBERG ESQ.
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Ave., Ste. 200
Las Vegas, NV 89119
Attorney for Debtor

LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. E. Eastern, Suite 200
Las Vegas, NV 89119
(702) 735-1500
Nevada State Bar No. 5970
Attorney for the Debtor

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEVADA

IN RE:                              ) BANKRUPTCY NUMBER:
                                    ) BK-S-09-24017-LBR
MICHAEL LESHAN                      ) CHAPTER 13
                                    )
                                    )
            Debtor(s).              ) DATE: 11/23/2009
                                    ) TIME: 10:30 AM

## CERTIFICATE OF MAILING RE: NOTICE OF NON-APPEARANCE OF DEBTOR'S ATTORNEY RE: MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Maile C. Hansen, hereby certify that a copy of Notice of Non-Appearance of Debtor's Attorney Re: Motion for Relief from Automatic Stay filed in the above-entitled case, was mailed by me on the 18TH Day of NOVEMBER, 2009, by depositing a true and correct copy of the same, first-class postage prepaid, in the United States Mail, to the attached matrix.

DATED this 18TH day of NOVEMBER, 2009

_____
An employee of The Law Offices of
Randolph H. Goldberg, Esq.

U.S. Trustee
300 Las Vegas Blvd. S., #4300
Las Vegas, NV 89101

Label Matrix for local noticing
0978-2
Case 09-24017-lbr
District of Nevada
Las Vegas
Wed Nov 18 10:32:47 PST 2009

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1506

ASCENSION CAPITAL GROUP, INC
ATTN: CAPITAL ONE AUTO FINANCE DEPT
PO BOX 201347
ARLINGTON, TX 76006-1347

CLARK COUNTY TREASURER
500 S GRAND CENTRAL PKWY
P.O. BOX 551220
Las Vegas, NV 89155-1220

Capital One Auto Finance
c/o Ascension Capital Group
POB 201347
Arlington, TX 76006-1347

Discover Fin Svcs Llc
Acct No 601100900040
Po Box 15316
Wilmington, DE 19850-5316

HSBC BANK NEVADA, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Peoples Bk Credit Card Services
Acct No 5545141004566991
Attn: Bankruptcy
Po Box 7092 Rccb 0680
Bridgeport, CT 06601-7092

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Us Bank-lexus Fsb
Acct No 4718328565119195
Po Box 108
Saint Louis, MO 63166-0108

CAPITAL ONE AUTO FINANCE
P.O. BOX 201347
ARLINGTON, TX 76006-1347

U.S. TRUSTEE - LV - 7
300 LAS VEGAS BLVD., SO.
SUITE 4300
LAS VEGAS, NV 89101-5803

Bank Of America
Acct No 6494
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27420-6012

CLARK COUNTY WATER RECALMATION DISTRICT
5857 E FLAMINGO RD
Las Vegas, NV 89122-5507

Citi
Acct No 542418063978
Po Box 6241
Sioux Falls, SD 57117-6241

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE #1120
MIAMI, FL 33131-1605

HSBC BANK NEVADA, N.A.
C/O BASS & ASSOCIATES
3636 E. FT. LOWELL ROAD #200
TUCSON, AZ 85716-1728

RBS CARD SERVICES
Acct No 5545-1410-0456-6991
PO BOX 42010
Providence, RI 02940-2010

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Wells Fargo
Acct No 66166185271800001
Po Box 60510
Los Angeles, CA 90060-0510

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

Barclays Bank Delaware
Acct No 5140218022
Attention: Customer Support Department
Po Box 8833
Wilmington, DE 19899-8833

Capital One Auto Finance
Acct No 62062169819771001
3901 N Dallas Pkwy
Plano, TX 75093-7864

DISCOVER BANK
DFS Services LLC
PO Box 3025
New Albany, Ohio 43054-3025

HSBC / Best Buy
Acct No 702127118587
Attn: Bankruptcy
Po Box 985
Bridgewater, NJ 08807

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
PO Box 12914
NORFOLK VA 23541-0914

REPUBLIC SERVICES
770 E. SAHARA AVE.
PO BOX 98508
Las Vegas, NV 89193-8508

Toyota Motor Credit Corporation
3200 W. Ray Road
Chandler, AZ 85226-2450

Wells Fargo Bank
Acct No 4147180290153762
3300 W Sahara Ave
Las Vegas, NV 89102-3220

Wells Fargo Bank, N.A.
c/o Wells Fargo Card Services
Recovery Department
P.O. Box 9210
Des Moines, IA 50306-9210

Wells Fargo Bank, N.A. c/o
One Home Campus, MAC# X2302-045
des Moines, IA 50328-0001

Wells Fargo Home Mtg
Acct No 7080081241671
Attention: Bankruptcy Department   MAC-X
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

MICHAEL LESHAN
8208 HARROGATE
LAS VEGAS, NV 89129-2132

RANDOLPH GOLDBERG
4000 S EASTERN AVE #200
LAS VEGAS, NV 89119-0847

WILLIAM A LEONARD
6625 S. VALLEY VIEW #224
LAS VEGAS, NV 89118-4554

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Toyota Motor Credit Co
Acct No 70401562637800001
Must call 800-874-8822 for mailing addre
PO BOX 60114
City Of Industry, CA 91716-0114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)WELLS FARGO BANK, N.A.                    (u)LISA CZAJKA

End of Label Matrix
Mailable recipients    35
Bypassed recipients     2
Total                  37